

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-14-00302-CR
_____

JEANNE SUE ELLIS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

On Appeal from the 84th District Court
Hutchinson County, Texas
Trial Court No. 10,691, Honorable William D. Smith, Presiding

_____

December 11, 2014

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Jeanne Sue Ellis, appealed a judgment adjudicating her guilty of the offense of possession of a controlled substance in an amount less than one gram, and sentence of confinement for a period of eighteen months in the State Jail Division of the Texas Department of Criminal Justice. Appellant's counsel filed appellant's Motion to Dismiss Appeal on December 5, 2014.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.